WILLIE GONZALEC, an Infant, etc., Respondent, v. HELENA SCHULTZ, Appellant. YOLANDA GONZALEC, an Infant, etc., Respondent, v. HELENA SCHULTZ, Appellant.— Motion granted and appeals dismissed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

AUGUST MANGES, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of JOHN J. STEINBUGLER, as Executor, etc., of SARAH M. SKINNER, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent, v. RICHARD SHEARMAN, by Guardian ad Litem, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EUGENE C. KRAUS, Appellant, v. LEO KRAUS and ALBERT KRAUS, Respondents.— Judgment reversed on the law and facts and a new trial granted, without costs of this appeal to either party. Findings of fact Nos. 1 to 57, inclusive, are affirmed. Conclusions of law II, IV, V and VI are disapproved. Conclusion of law No. II is disapproved for the reason that it determines as a question of fact a division of excess income tax payments as between the partners and the evidence does not show such division to be the proper adjustment thereof; and for the further reason that plaintiff is not entitled to be credited with any part of the rental value amounting to $1,466.66. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM A. DICKSON and NETTIE L. DICKSON, Appellants, v. FRED H. HAILE, Appellant.— Order so far as appealed from by plaintiffs reversed and motion denied on the ground that under the facts no sufficient reasons are shown for setting aside the findings, decision and judgment and granting a new trial; order affirmed so far as appealed from by defendant, with ten dollars costs and disbursements to the plaintiffs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Probate of the Last Will of JOSEPHINE TULLIUS, Deceased. — Order modified and as modified affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WILLIAM R. THOMAS, as Administrator, etc., of RICHARD C. THOMAS, Respondent, v. INTERNATIONAL BUS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

NORTHERN NEW YORK UTILITIES, INC., Appellant, v. CITY OF WATERTOWN, NEW YORK, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPHINE FAZIO, as Administratrix, etc., of ANGELO FAZIO, Appellant, v. DONALD HIGLEY and HAROLD HIGLEY, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.